IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bruce, Henry L

Printed: 2/5/08

Case Number: 05 B 33197
Judge: Hollis, Pamela S
Filed: 8/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2007
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,984.49 |  |
| Secured: |  | 23,853.15 |
| Unsecured: |  | 7,930.49 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,920.85 |
| Other Funds: |  | 1,386.00 |
| Totals: | 37,984.49 | 37,984.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Drive Financial Services | Secured | 22,262.93 | 22,262.93 |
| 3. | Monterey Financial Services | Secured | 1,590.22 | 1,590.22 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 17,225.50 | 3,482.56 |
| 5. | Capital One | Unsecured | 1,342.85 | 271.49 |
| 6. | Monterey Financial Services | Unsecured | 1,245.20 | 251.74 |
| 7. | American General Finance | Unsecured | 2,865.94 | 579.41 |
| 8. | Drive Financial Services | Unsecured | 13,955.57 | 2,821.43 |
| 9. | Capital One | Unsecured | 996.08 | 201.38 |
| 10. | ECast Settlement Corp | Unsecured | 1,595.04 | 322.48 |
| 11. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 12. | Providian | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 65,973.33 | $ 34,677.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 716.53 |
| 5% | 226.10 |
| 4.8% | 403.11 |
| 5.4% | 575.11 |
|  | _____ |
|  | $ 1,920.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bruce, Henry L

Printed:  2/5/08

Case Number:  05 B 33197
Judge:  Hollis, Pamela S
Filed:  8/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

